■ In the Matter of MICHAEL FLOURNOY, Appellant, v NORMAN R. BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents. [33 NYS3d 769]—Appeal from a judgment of the Supreme Court (McNamara, J.), entered March 9, 2015 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondents' motion to dismiss the petition.

Judgment affirmed. No opinion.

Lahtinen, J.P., McCarthy, Garry, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.

■ In the Matter of the Claim of SAMANTHA L. ARRIAGA, Appellant. COMMISSIONER OF LABOR, Respondent. [33 NYS3d 774]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 1, 2015, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Rose, Devine and Mulvey, JJ., concur. Ordered that the decision is affirmed, without costs.